AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| CARLOS MUNOZ-MARTINEZ | CASE NUMBER: 08CR 2442 WQH |

I, CARLOS MUNOZ-MARTINEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 24, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Carlos Munoz M.
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer